**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JUANCARLOS ARÓSTEGUI,<br><br>    Defendant.<br>                                              / | No. C 95-00428 SI<br><br>**ORDER DENYING EXPUNGEMENT REQUEST** |

On March 9, 2010, Juancarlos Aróstegui filed a letter requesting that this Court clear his FBI record of criminal charges which were dismissed by the government in April 1996. Mr. Aróstegui stated that the presence of the charges on his record is impeding his ability to access certain facilities he must visit as part of his job. Because the Court was unaware of any authority permitting it to expunge arrest data from a person's FBI record, the Court issued an order directing the United States Attorney's Office to show cause whether the arrest data could be formally cleared from Mr. Aróstegui's record. The United States Attorney has submitted a response to the Court's order. Based on the authority cited in that response, the Court finds that it lacks jurisdiction to order expungement of Mr. Aróstegui's record.     Mr. Aróstegui's expungement request is therefore DENIED.

**IT IS SO ORDERED.**

Dated: June 3, 2010

                                                  SUSAN ILLSTON
                                                  United States District Judge